United States District Court
Southern District of Texas
ENTERED

SEP 27 2011

David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
FILED

SEP 2 6 2011

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. **B-11-466** |
| **Arnoldo Rodriguez-Garcia** | § | |

## ORDER

BE IT REMEMBERED on this **26** day of **September**, 20 **11**, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **June 28, 2011**, wherein the defendant **Arnoldo Rodriguez-Garcia** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Arnoldo Rodriguez-Garcia** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Arnoldo Rodriguez-Garcia guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of a felony, in violation of 8 U.S.C. § 1326(a) and (b)(1).**

SIGNED this the ____ day of **September**, 20 **11**.

_____
Hilda G. Tagle
United States District Judge